**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT 42 U.S.C § 1983**

Name AHMED    SALIM    D

(Last)            (First)            (Initial)

Prisoner Number AXS·193    ALAMEDA COUNTY JAIL - STA.RITA

Institutional Address 5325 BRODER BLVD. DUBLIN, CA 94568

═══════════════════════════════════════════════════════

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SALIM D AHMED

(Enter the full name of plaintiff in this action.)

CV 09    4082    JSW (PR)

vs.

Case No. _____
(To be provided by the Clerk of Court)

1) ALAMEDA COUNTY SHERIFF "CHARLES PLUMMER"

2) ALAMEDA COUNTY'S "SANTA RITA JAIL"

3) ALAMEDA COUNTY SHERIFF DEPUTY "CARRERA"

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
**Title 42 U.S.C § 1983**

E-filing

(Enter the full name of the defendant(s) in this action)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.    Place of present confinement SANTA RITA JAIL

B.    Is there a grievance procedure in this institution?

YES (✓)    NO ( )

C.    Did you present the facts in your complaint for review through the grievance procedure?

YES (✓)    NO ( )

D.    If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                          - 1 -

1. Informal appeal GRIEVANCE TRACKING # 09G-501656 APPEAL 6TH 2009 SENT TO "INVESTIGATING SUPERVISOR" D.L. SNIDER, SERGEANT

2. First formal level GRIEVANCE TRACKING # 09G-501656, SENT TO CO. BOWMAN LT # 726 ON 4.30.2009 "AFFIRMED GRIEVANCE"

3. Second formal level GRIEVANCE TRACKING # 09G-501656 SENT TO COMMANDING OFFICER AND WAS IN "CONCUR" WITH AFFIRMED DECISON ON 5.3.2009

4. Third formal level _____

     E.    Is the last level to which you appealed the highest level of appeal available to you?

        YES (✓)    NO ( )

     F.    If you did not present your claim for review through the grievance procedure, explain why._____

_____ N/A _____

_____

II.    Parties.

     A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

SALIM D AHMED     5325 BRODER BLVD, DUBLIN, CA 94568

_____

     B.    Write the full name of each defendant, his or her official position, and his or her place of employment.

1) ALAMEDA COUNTY SHERIFF "CHARLES PLUMMER"

COMPLAINT               - 2 -

1) ALAMEDA COUNTY'S SANTA RITA JAIL

2) ALAMEDA COUNTY SHERIFF DEPUTY "CARRERA"

III.   Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

ON APRIL 16TH 2009, MYSELF, SALIM DANIEL AHMED. RETURNED TO SANTA RITA JAIL. TO BE PLACED IN A SMALL ROOM, WITH OTHER INMATES AND WAS FORCE TO STRIP DOWN TO NAKEDNESS.. WHERE I WAS TOLD TO HOLD MY BUTT CHEEKS OPEN AND COUGH IN FRONT OF OTHER INMATES.... ENCLOSED I HAVE THE GORESVANCE AND APPROVED RESPONSE BACK

IV.   Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes

DUE TO BEING EMOTIONALLY SCARRED, DEHUMANIZED, DEGRADED, HUMILIATED BY THIS EMBARRASSING ACT. HAS LEFT ME UNABLE TO LOOK AT PEOPLE IN THE EYE. SEEKING BOTH RELIEF THROUGH THERAPY HERE

COMPLAINT                           - 3 -

AT SANTA RITA JAIL..... FOR ENDURING THIS LIFE ALTERING

ACT. I SIMPLY ASK THE COURTS FOR $1,000,000.00 DOLLARS....

THANKYOU

---

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___29___ day of ___AUGUST___, 20_09_

_____
(Plaintiff's signature)

COMPLAINT                                          - 4 -

# Claimant deadline nears in illegal strip-search suit

Those who want to get in on a class-action lawsuit over illegal strip-searches at Alameda County's Santa Rita jail in Dublin are running out of time -- while those looking to be part of a similar Contra Costa County suit are being sought.

In February, the Alameda County Board of Supervisors approved a $6.2 million settlement of a case filed in federal court last fall by Daniel Schaffer and his ~~Sacramento-based attorney, Mark Merin.~~

Schaffer sued the county and then-Alameda County Sheriff Charles Plummer after he was arrested at a traffic stop and illegally strip- searched before his arraignment.

News of the settlement led to confusion at the county administration building in Oakland as thousands of people who heard rumors about the suit flocked to fill out claim forms they believed would make them eligible to be part of the suit.

However, the judge in the case had not signed off on the settlement, no class has been officially certified and no claim form for the lawsuit has been created -- meaning hundreds of people filled out a basic county claim form that had nothing to do with the class-action suit.

However, in June the judge gave preliminary approval to the settlement. Under the settlement, which still needs the judge's final approval, ~~people arrested and illegally strip-searched between Jan. 17, 2004, and Dec. 31, 2008, will be eligible for the class.~~ Those eligible must have their claim postmarked by Oct. 11.

Merin, who has filed class-action suits against several California counties and other states in the past for illegal strip- searches, claimed in the suit the act of strip-searching prisoners not arrested for drug, violence or weapons violations before they are arraigned, and without having reasonable suspicion that the searches will reveal contraband, is unconstitutional and inhumane. He also charged that Alameda County's group strip-searches violated prisoners' rights and privacy.

"Sheriff departments cannot have a blanket policy where everyone is strip-searched without reasonable suspicion," Merin said after the settlement was reached. "It's dehumanizing."

Merin also currently has cases pending for similar alleged illegal strip-searches at Alameda County Juvenile Hall and Contra Costa County Juvenile Hall. He also is seeking individuals who were arrested between Oct. 20, 2002, and June 1, 2003, on misdemeanor offenses not involving drugs, weapons or violence and strip- searched at the Martinez or West County detention facilities before arraignment for a suit involving Contra Costa.

In February, the Alameda County settlement brought chaos to the Alameda County Administration Building, where people lined up more than 100 deep in lines that wrapped around the building's plaza to fill out claim forms that were not related to the class-action

lawsuit. The crush of claimants spilled out the fifth-floor clerk's office and was eventually moved by deputies to the lobby.

The crush of basic claim forms received by the county in this case also made the county supervisors amend its contract with Acclamation Insurance Management Services, which processes claims against the county. The contract change -- which increased the county's contract with Acclamation from $1.1 to $1.9 million -- set aside more for the cost of processing about 18,000 claim forms the county received from people seeking inclusion in the strip-search class-action suit.

According to Merin, under the settlement, those strip-searched in a group on a misdemeanor offense involving drugs, weapons or violence and with no reasonable suspicion of contraband could receive $900. Those strip-searched in a group on a felony involving drugs, weapons or violence and with no reasonable suspicion of contraband could receive $35. Those strip-searched on a felony or misdemeanor offense not involving drugs, weapons or violence and without reasonable suspicion of contraband could get $1,000 or more.

"We believe as many as 40,000 people may be part of this class action," Merin said.

Merin has been successful in strip-search cases before. He won a $15 million judgment against Sacramento County for illegal strip- searches at the county jail and another $6 million judgment for juveniles who were illegally strip-searched at that county's juvenile hall. He also was one of a few attorneys who negotiated a $6 million settlement with Miami-Dade County in Florida on behalf of three women who were strip-searched.

For a claim form, visit http://www.schaffervalamedaco.com or call 877-446-2122. Those eligible must have claims postmarked by Oct. 11.

Reach Chris Metinko at 510-763-5418 or cmetinko@bayareanewsgroup.com.

Attorney: MARK MERRIN
2001 P. St.
Sacramento CA 95811
(916) 443-6911

P.S. I'm in contact with the Alameda Bar Association, contacting lawyers

MARK MARIN ATT@LAW
SAC, CA

## ALAMEDA COUNTY SHERIFF'S DEPARTMENT
## SANTA RITA JAIL
## INMATE GRIEVANCE FORM

NAME: _SALIM AHMED_                                    PFN: _AXS-193_

HOUSING UNIT: _3EAST D-9_                              DATE: _4-6-09_

NATURE OF GRIEVANCE: (Give specific details)

ON APRIL 6TH UPON RETURNING FROM. AT 7:45AM

ON APRIL 6TH UPON RETURNING FROM COURT MYSELF. (SALIM AHMED # AXS-193)
AND (4) OTHER INMATES WERE PLACED IN THE WEST MULTI-PURPOSE ROOM....
AT WHICH TIME DEPUTY "CARRERA" ASKED (4) INMATES TO GET NAKED
WHILE (1) WAS ASKED TO FACE THE WALL... IN BUILDING 3 WEST MULTI-
PURPOSE ROOM THERE IS NO BARRIERS TO SEPERATE US WHILE WE
STRIP DOWN TO NAKEDNESS.... DEPUTY "CARRERA" TOLD US TO
BEND OVER AND SPREAD OUR BUTT CHEEKS AND COUGH (2) TWO TIMES
WHILE OTHER MEN OBSERVED THIS DEGRATING, HUMILATING AND
EMBARASSING ACT.. THESE VIOLATIONS ARE GROUNDS FOR CITIZENS
COMPLAINT-UNDER PENAL CODE 148.6 & PENAL CODE 832.5
MISCONDUCT OF A PEACE OFFICER CLOTHED BY COLOR OF AUTHORITY..

*** DO NOT WRITE ON THE BACK OF THIS FORM. / USE ANOTHER FORM, WRITE PAGE 2

SIGNATURE: _____

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: _A. YUZON_         BADGE #: _1809_ DATE: _041309_

[X] RESOLVED-INMATE ACCEPTANCE: _____ [-] CAN NOT BE RESOLVED AT THIS LEVEL
    Explain resolution on reverse side.   Draw tracking number from CP-11

FORWARDED TO SGT. _____            TRACKING NUMBER: _09G-50656_

Copies: White    - Staff Use
        Yellow - Inmate Receipt Copy                      ML-51 (rev 5/94)

# *INMATE GRIEVANCE RESPONSE*

| | | | GRIEVANCE TRACKING NUMBER | 09G-S0656 |
|---|---|---|---|---|

7 A 3   3D09

INMATE: **Ahmed, Salim**   PFN: **AXS193**   HOUSING UNIT LOCATION: 6D09

GRIEVANCE IS   AFFIRMED: **XX**   DENIED: _____   WITHDRAWN: _____   RESOLVED: _____   REFERRED: _____

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance dated April 6, 2009. In your grievance, you made the following claim(s):

1) You claim your rights were violated during a strip search in the presence of other inmates.

**Response:**

The Grievance Unit has reviewed your concern and investigated it thoroughly. The Grievance Unit contacted the deputy who performed the search and reviewed his statement regarding the incident. The Grievance Unit has determined although the deputy was attempting to accommodate the restroom complaints, your search was conducted in the presence of other inmates.

Your grievance is **AFFIRMED.**

Investigating Supervisor: **D.L. Snider, Sergeant** M3#11100   Date: 042309

Inmate's Signature: X   Date: _____

Do you wish to appeal this ruling? Yes __ G. BOWMAN LT #726   No ___   Refused to Answer X   Date: 4/30/09

Appeal Officer: _____   Recommendation: Concur   Date: 5/3/09

Reason for affirmation or denial: (If different from above)

Commanding Officer: a. Thedill, LT   Recommendation: concur   Date: 06/29/09

REFUSE TO SIGN, I/M AHMED WOULD LIKE A MORE DETAILED EXPLANATION
A. YUZON #1809

Inmate Copy

ML52 (Rev.01/01/05) DLS/ldc

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
SALIM DANIEL AHMED

## DEFENDANTS
ALAMEDA COUNTY SHERIFF "CHARLES HUMMER"
(2) ALAMEDA COUNTY "SANTA RITA JAIL"
(3) ALAMEDA COUNTY SHERIFF "DEPUTY" CARRERA"

**(b)** County of Residence of First Listed Plaintiff  ALAMEDA COUNTY
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  ALAMEDA COUNTY
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
  **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):  TITLE 42 U.S.C. § 1983

Brief description of cause:  ILLEGAL STRIP SEARCH

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____  DOCKET NUMBER _____

DATE  8·25·2009

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____



DANIEL AHMED # AXS·193
5325 BRODER BLVD
DUBLIN. CA 94568

OAKLAND CA 946
THU 27 AUG 2009 PM

RECEIVED

AUG 8 9 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK OF THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA

450 GOLDEN GATE AVENUE
BOX 36060
SAN FRANCISCO, CA 94102

R. WILSON # 2024

they said I need to contact a civil lawyer, that the Jail violated your civil rights and due process rights, and confirmed you are seeking ~~more~~ monetary value ($)