IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SALIM D. AHMED, | ) | No. C 09-4082 JSW (PR) |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| v. | ) | |
| | ) | |
| ALAMEDA COUNTY SHERIFF | ) | |
| CHARLES PLUMMER, | ) | |
| ALAMEDA DEPUTY CABRERA, | ) | |
| | ) | |
| Defendant. | ) | |

On September 2, 2009, Plaintiff filed a *pro se* civil rights action in this Court. On April 9, 2010, this Court dismissed the complaint with leave to amend within thirty days of the Court's order. In the Court's order, Plaintiff was notified that failure to amend by the designated time would result in a dismissal of the case.

More than thirty days have passed since April 9, 2010 and Plaintiff has not responded to the Court's order. Accordingly, this case is DISMISSED without prejudice for failure to prosecute and to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991). The Clerk shall close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED: October 14, 2010

_____
JEFFREY S. WHITE
United States District Judge

|  |  |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

AHMED SALIM et al,

    Plaintiff,

v.

ALAMEDA COUNTY SHERIFF et al,

    Defendant.

Case Number: CV09-04082 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 14, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Salim D. Ahmed
5325 Broder Blvd.
AXS193
Dublin, CA 94568

Dated: October 14, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk