IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALIM D. AHMED, | ) No. C 09-4082 JSW (PR) |
| Plaintiff, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| ALAMEDA COUNTY SHERIFF | ) |
| CHARLES PLUMMER, ALAMEDA | ) |
| DEPUTY CABRERA, | ) |
| | ) |
| Defendants. | ) |

An order of judgment is hereby entered DISMISSING this civil rights action without prejudice for failure to prosecute and to comply with the Court's order.

IT IS SO ORDERED.

DATED: October 14, 2010

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AHMED SALIM et al,

        Plaintiff,

  v.

ALAMEDA COUNTY SHERIFF et al,

        Defendant.

                          /

Case Number: CV09-04082 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 14, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Salim D. Ahmed
5325 Broder Blvd.
AXS193
Dublin, CA 94568

Dated: October 14, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk